# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| STEFON JONES, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Cv. No. 2:22-cv-02562-SHL-atc |
| v. | ) | Cr. No. 2:17-cr-20318-SHL-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Movant's pro se Motion Under 28 U.S.C. § 2255 (ECF No. 1), filed August 26, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Jones's § 2255 Motion to Vacate Sentence, Denying Request to Appoint Counsel, and Denying a Certificate of Appealability (ECF No. 11), filed July 22, 2025, all of Movant's claims against Respondent are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 22, 2025
Date